# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-MJ-40 |
| JAMES BANVILLE, | ) | |
| | ) | **UNDER SEAL** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2020-September 2021  in the city/county of  Leesburg  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

NICHOLAS SPENCER
Digitally signed by NICHOLAS SPENCER
Date: 2023.02.07 15:47:12 -05'00'

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Nicholas J. Patterson

*Printed name and title*

*Complainant's signature*

Nicholas Spencer, ATF Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone  *(specify reliable electronic means)*.

Date: 02/07/2023 3:00 pm

Digitally signed by Ivan Davis
Date: 2023.02.07 16:04:21 -05'00'

*Judge's signature*

City and state:  Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge

*Printed name and title*